**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-7397

BERNARD RAY RICHARDSON,

                                          Petitioner - Appellant,

        versus

W. SPROUSE, Nurse; D. SWISHER; DEPARTMENT OF
CORRECTIONS,

                                          Respondents - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-97-523-R)

Submitted:  June 9, 1998          Decided:  June 24, 1998

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Bernard Ray Richardson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998), and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we grant Appellant's motion to file a formal brief, deny Appellant's motions for leave to proceed in forma pauperis, deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Richardson v. Sprouse, No. CA-97-523-R (W.D. Va. Sept. 2, 1997; Oct. 22, 1997). To the extent that the proffered documents were presented to the district court, we grant Appellant's motions to submit exhibits, to submit amended reconsideration of civil complaint, to submit exhibits as supporting factors, to submit prior appeals, and to submit district court's dismissal order. To the extent that these documents were not presented in the district court, the motions to submit new evidence in this court are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2